### *Jackson, ex dem. Root,* v. *Stiles, Vanbuskerk Tenant.*

IT was ruled in this cause, that the jurats of affidavits taken before judges of the common pleas, or commissioners, must be signed by them, with the addition of their official descriptions; judges of the common pleas to stile themselves such, and commissioners to specify that they are so.